UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

RICHARD CAMPBELL
REGISTER NO. 03637-081,

                      Plaintiff,

          -against-


FEDERAL BUREAU OF PRISONS, FEDERAL
CORRECTIONAL INSTITUTION OTISVILLE, NEW YORK,
W.S. PLILER, WARDEN FCI OTISVILLE
AND JOHN DOES 1-10,

                    Defendants.

-------------------------------------------------------------------x

**COMPLAINT AND JURY DEMAND**

     Plaintiff RICHARD CAMPBELL by and through his attorneys, John Weichsel,

Esqs., respectfully allege as follows:

## PRELIMINARY STATEMENT

1.     Plaintiff Richard Campbell, Register No. 03637-081, is a Federal Inmate serving sentence at the Federal Correctional Institution in Otisville, New York. He brings this action for severe personal injuries received at FCI Otisville on December 18, 2021as a result of Negligence of the Federal Bureau of Prisons and their employees which caused Plaintiff's personal injuries.

## JURISDICTION

2.     Pursuant to the Federal Tort Claims Act, 28 U.S.C§ 1346 <u>ex. See this court has jurisdiction</u>

## VENUE

3.     Venue is properly laid in the Southern District of New York under 28 U.S.C. § 1346, as F.C.I Otisville is located within the district.

## JURY DEMAND

4.     Plaintiff respectfully demands a trial by jury of all issues in the matter pursuant to Fed. R. Civ. P. 38 (b).

## FIRST COUNT

5. On or about December 18, 2021, Plaintiff Richard Campbell was an inmate serving a sentence at FCI Otisville, Otisville, Orange County, NY.

6. On the same time and date defendants through their employers, servants, contractor and John Does 1-10, maintained said prison in such a negligent and careless manner in that the stairs were so waxed and did not contain safety tread tape causing plaintiff to trip and fall down the stairs causing a fractured left elbow necessitating surgery with plates, pins, and screw as well as herniated discs of C-3 and C-4.

7. Plaintiff was neither contributorily nor comparatively negligent. Plaintiff's injuries were solely the result of Defendants negligence.

8. As a result of the aforesaid negligence of the defendant, the plaintiff, Richard Campbell was caused to suffer severe pain to his left elbow. Additionally, this plaintiff was required to seek medical and hospital attention and this plaintiff will in the future be required to seek medical and hospital attention in a continuing effort to be cured of his injuries and to minister to those permanent in nature. Additionally, this plaintiff has already suffered great pain and will continue to suffer great pain in the future. Consequently, the plaintiff was required to have surgery on his left elbow.

9. Prior to the commencement of this action Plaintiff complied with all the conditions precedent of this action including the filing of tort claim notice (attached as Exhibit A). A letter dated August 2, 2022, from the Federal Bureaus of Prisons denying Plaintiff's properly filed Tort Claim is attached as Exhibit B. This complaint is being filed within six (6) months of the same.

**WHEREFORE**, plaintiff, Richard Campbell, demands judgment against defendant on the First Count for $250,000 damages, together with interest, costs of suit, medical fees, attorney's fees, and such other and further relief as the court deems just and equitable.

Dated: January 4, 2023

John L. Weichsel, Esq
79 Main Street Hackensack, NJ 07601
70-18 261st. Street Glen Oaks, NY 11004
201-488-1400/f:201-488-3970
Email: John@johnweichsel.com
Attorney for Plaintiff

**JOHN L. WEICHSEL**
Attorney At Law

**79 Main Street, Suite 1**
**Hackensack, NJ 07601**
**(201) 488-1400**
**Facsimile (201) 488-3970**
**Member of N.J. & N.Y. Bars**

70-18 261st. Street
Glen Oaks, NY 11004
718 470 1042/6264 (F)
E-Mail *John@JohnWeichsel.com*
**Please Reply To Hackensack**
**Office**

February 2, 2022

Otisville Correctional Facility
F.C.I
57 Sanitorium Road
Otisville, NY 10963

### RE: Richard Campbell (03637081)
### Date of Incident: December 18, 2021

Dear Madam/Sir:

I represent the above named in the case captioned. My client has suffered some terrible injuries due to an incident in this Facility. Please take notice below:

Richard Campbell hereby notifies Otisville Correctional Facility to preserve all electronically stored information that includes any/all video surveillance, copies, and backup, as defined by Rule 34 of the Federal Rules of Civil Procedure, along with any paper files which Otisville maintains, relevant to this dispute. Mr. Campbell will be seeking in discovery electronic data in Otisville's custody and control that is relevant to this action, including without limitation emails and other information contained on a computer systems and any electronic storage systems. Mr. Campbell considers this electronic data and paper files to be valuable and irreplaceable sources of discoverable information in this matter.

Mr. Campbell places Otisville Correctional Facility on notice to preserve all documents regarding **Mr. Campbell incident that took place inside the facility on or around December 18, 2021, at approximately 5:15 pm**. In addition, Mr. Campbell places Otisville Correctional Facility on notice not to allow the deletion of any electronic communications, such as emails, relating to Mr. Campbell.

We are confident that Otisville already has taken steps to preserve this data since it had an obligation to preserve relevant evidence. Thus, no procedures should have been implemented to alter any active, deleted, or fragmented data. Moreover, no electronic data should have been disposed of or destroyed.

We further trust that Otisville will continue to preserve such electronic data and paper files throughout this litigation.

If you have any questions, please do not hesitate to contact the office.

Sincerely,
/s/ *John L. Weichsel*
John L. Weichsel

EXHIBIT
A

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

**1. Submit to Appropriate Federal Agency:**

U.S FEDERAL BUREAU OF PRISONS
320 FIRST ST., NW
WASHINGTON, DC 20534

**2. Name, address of claimant, and claimant's personal representative if any.** (See instructions on reverse). Number, Street, City, State and Zip code.

JOHN L. WEICHSEL, ESQ. 79 MAIN ST. SUITE 1.
HACKENSACK, NJ 07601 (201)-488-1400

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH 12/25/1954 | 5. MARITAL STATUS SINGLE | 6. DATE AND DAY OF ACCIDENT 12/18/2021 | 7. TIME (A.M. OR P.M.) 5:15 PM |
|---|---|---|---|---|

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

CLAIMANT WAS IN FEDERAL CUSTODY AT OTISVILLE CORRECTIONAL FACILITY, WHERE HE WAS INJURED DUE TO A SLIP & FALL INCIDENT ON STAIRS THAT WERE WAXED AND WITH NO SAFETY TREAD TAPE

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

NO PROPERTY DAMAGE, ONLY PERSONAL INJURY

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

FRACTURED LEFT ELBOW NECESSITATING SURGERY WITH PLATES,PINS AND SCREWS. HERNIATED DISCS L-3, L-4

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| TO BE PROVIDED WHEN DOCUMENTS ARE DISCLOSED. | |

**12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| | 500,000.00 | | 500,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM 201-488-1400 | 14. DATE OF SIGNATURE 02/01/22 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☒ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in Item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK



**U.S. Department of Justice**

Federal Bureau of Prisons

*Northeast Regional Office*

*Via Certified and Return Receipt Mail*

*U.S. Custom House-7th Floor*
*2nd & Chestnut Streets*
*Philadelphia, PA 19106*

August 2, 2022

Mr. John L. Weichsel
79 Main Street
Suite 1
Hackensack, NJ 07601

      RE:   Administrative Claim No. TRT-NER-2022-03062
            Richard Campbell, Register No. 03637-081

Dear Mr. Weichsel:

    Administrative Claim No. TRT-NER-2022-03062, properly received in this office on February 15, 2022, has been accepted and considered for settlement as provided by the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2672, under authority delegated to me by 28 C.F.R. § 543.30, which provides for the payment of claims "caused by the negligence of an officer or employee of the U.S. Government acting within the scope of employment." You seek $500,000.00 for a personal injury claim. Specifically, you allege on December 18, 2021, Richard Campbell, Register No. 03637-081, slipped and fell on a waxy staircase at FCI Otisville, resulting in a fractured elbow and herniated disc.

    An investigation, including a review of the medical records, reflects there is not sufficient evidence to substantiate the allegations of this claim. On December 18, 2021, Mr. Campbell was evaluated by medical staff after he slipped and fell in a staircase. He was transferred to an outside medical center where he received surgery for a fractured elbow. There is no evidence of wax on the staircase on which Mr. Campbell fell. In addition, other inmates and staff continued to navigate through the staircase without obstructions and concerns. There is no evidence that Mr. Campbell experienced a compensable loss as the result of negligence on the part of any Bureau of Prisons employee. Accordingly, your claim is denied.

    If you are dissatisfied with this decision, you may bring an action against the United States in an appropriate United States District Court within six (6) months of the date of this letter.

                          Sincerely,

                          Darrin Howard
                          Regional Counsel

cc:   W.S. Pliler, Warden, FCI Otisville

**EXHIBIT**

B