UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
RICHARD CAMPBELL
REGISTER NO. 03637-081,

Plaintiff,                                    **AMENDED COMPLAINT**

-against-                                        CASE NO.: 7:23-cv-57-PMH

UNITED STATES OF AMERICA,

Defendants.
--------------------------------------------------------------------x

Plaintiff RICHARD CAMPBELL by and through his attorneys, John Weichsel,

Esqs., respectfully allege as follows:

**PRELIMINARY STATEMENT**

1.      Plaintiff Richard Campbell, Register No. 03637-081, is a Federal Inmate serving sentence

at the Federal Correctional Institution in Otisville, New York. He brings this action for severe

personal injuries received at FCI Otisville on December 18, 2021as a result of Negligence of the

Federal Bureau of Prisons and their employees which caused Plaintiff's personal injuries.

**JURISDICTION**

2.      Pursuant to the Federal Tort Claims Act, 28 U.S.C§ 1346 ex. See this court has jurisdiction

**VENUE**

3.      Venue is properly laid in the Southern District of New York under 28 U.S.C. § 1346, as

F.C.I Otisville is located within the district.

**FIRST COUNT**

4.      On or about December 18, 2021, Plaintiff Richard Campbell was an inmate serving a

sentence at FCI Otisville, Otisville, Orange County, NY.

5.      On the same time and date defendants through their employees, servants, contractor,

maintained said prison in such a negligent and careless manner in that the stairs were so waxed

and did not contain safety tread tape causing plaintiff to trip and fall down the stairs causing a fractured left elbow necessitating surgery with plates, pins, and screw as well as herniated discs of C-3 and C-4.

6.      Plaintiff was neither contributorily nor comparatively negligent. Plaintiff's injuries were solely the result of Defendants negligence.

7.      As a result of the aforesaid negligence of the defendant, the plaintiff, Richard Campbell was caused to suffer severe pain to his left elbow. Additionally, this plaintiff was required to seek medical and hospital attention and this plaintiff will in the future be required to seek medical and hospital attention in a continuing effort to be cured of his injuries and to minister to those permanent in nature.  Additionally, this plaintiff has already suffered great pain and will continue to suffer great pain in the future.  Consequently, the plaintiff was required to have surgery on his left elbow.

8.      Prior to the commencement of this action Plaintiff complied with all the conditions precedent of this action including the filing of tort claim notice (attached as Exhibit A).  A letter dated August 2, 2022, from the Federal Bureaus of Prisons denying Plaintiff's properly filed Tort Claim is attached as Exhibit B. This complaint is being filed within six (6) months of the same.

    **WHEREFORE**, plaintiff, Richard Campbell, demands judgment against defendant on the First Count for $250,000 damages, together with interest, costs of suit, medical fees, attorney's fees, and such other and further relief as the court deems just and equitable.

Dated: March 17, 2023

*/s/ John L. Weichsel, Esq*
John L. Weichsel, Esq
79 Main Street Hackensack, NJ 07601
70-18 261st. Street Glen Oaks, NY 11004
201-488-1400/f:201-488-3970
Email: John@johnweichsel.com
Attorney for Plaintiff