UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD CAMPBELL,

    Plaintiff,

- v -

UNITED STATES OF AMERICA,

    Defendant.

No. 23 Civ. 00057 (JCM)

### ORDER

IT IS HEREBY ORDERED that, pursuant to Federal Rules of Civil Procedure 30(a)(2)(B) and (b)(4), Defendant's deposition of Brad Barber, No. 21051-052, may be taken in the following manner:

1. Mr. Barber's deposition shall be taken via video conference;

2. The deposition shall be recorded by stenographic means, by a court reporter who will appear remotely;

3. The court reporter is appointed as an officer pursuant to Fed. R. Civ. P. 28(a)(1)(B).

SO ORDERED:

_____
THE HONORABLE JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE

Dated: White Plains, New York
       _March 6_____, 2024